NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ILISIAH AMACHE WILLIAMS,
DOC #169639,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D18-4890

Opinion filed November 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Frank Quesada, Judge.

Ilisiah Amache Williams, pro se.

PER CURIAM.

     Affirmed.

KELLY, LUCAS, and SMITH, JJ., Concur.